UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| PHILIP JOSEPH ROSEN, Individually and on Behalf of All Others Similarly Situated<br><br>    Plaintiff,<br><br>v.<br><br>STEWART ENTERPRISES, INC., FRANK B. STEWART, JR., JOHN B. ELSTROTT, ALDEN J. MCDONALD, JR., THOMAS M. KITCHEN, ASHTON J. RYAN, JR., RONALD H. PATRON, JOHN K. SAER, JR., SERVICE CORPORATION INTERNATIONAL, and RIO ACQUISITION CORP.<br><br>    Defendants. | CIVIL ACTION<br><br>NO.<br><br>SECTION<br><br>JUDGE<br><br>MAGISTRATE |

## NOTICE OF REMOVAL

Defendants Service Corporation International ("SCI") and Rio Acquisition Corp. ("Rio") hereby give notice that they remove this action from the Civil District Court for the Parish of Orleans, State of Louisiana, where it is identified as Case No. 2013-5887 on the docket of said court, and in support thereof represent:

1.  The instant case is removable pursuant to this Court's diversity jurisdiction, 28 U.S.C. § 1332, because plaintiff Philip Joseph Rosen ("Rosen"), on the one hand, and each of the defendants, on the other hand, are citizens of different states, and it is facially apparent based on the allegations in the Petition that the jurisdictional amount in controversy can be expected to exceed the sum or value of $75,000.00, exclusive of interest and costs.

2. Plaintiff Rosen fails to allege his citizenship in the Petition, but according to the shareholder records of Stewart Enterprises, Inc. (of which Rosen claims to be a shareholder), Rosen's address is in the State of New York.

3. Defendant SCI is a Texas corporation with its principal place of business in Houston, Texas.

4. Defendant Rio is a Delaware corporation. It is a wholly-owned subsidiary of SCI created for the purpose of effecting SCI's acquisition of Stewart Enterprises, Inc. and does not have a principal place of business separate from SCI in Houston, Texas.

5. Defendant Stewart Enterprises, Inc. is a Louisiana corporation with its principal place of business in Jefferson, Louisiana.

6. Defendant Frank B. Stewart, Jr. is a citizen of Louisiana.

7. Defendant John B. Elstrott is a citizen of Louisiana.

8. Defendant Alden J. McDonald, Jr. is a citizen of Louisiana.

9. Defendant Thomas M. Kitchen is a citizen of Louisiana.

10. Defendant Ashton J. Ryan, Jr. is a citizen of Louisiana.

11. Defendant Ronald H. Patron is a citizen of Louisiana.

12. Defendant John K. Saer, Jr. is a citizen of Connecticut.

13. It appears on the face of the Petition that the jurisdictional amount in controversy can be expected to exceed the sum or value of $75,000.00, exclusive of interest and costs. Among other things, the Petition seeks to enjoin a sale of Stewart Enterprises, Inc. in a transaction valued at $1.4 billion. *See* Petition ¶ 1.

14. This case is therefore removable pursuant to 28 U.S.C. § 1446(c).

15. A copy of all process, pleadings, and orders served upon SCI and Rio is filed with

this notice.

16. Attached hereto as Exhibits A and B, are the Notices of Consent to Removal executed, respectively, on behalf of defendants Stewart Enterprises, Inc., John B. Elstrott, Alden J. McDonald, Jr., Thomas M. Kitchen, Ashton J. Ryan, Jr., Ronald H. Patron, and John K. Saer, Jr., and on behalf of defendant Frank B. Stewart, Jr.

17. SCI and Rio will give written notice of the filing of this notice as required by 28 U.S.C. § 1446(d).

18. A copy of this notice will be filed with the clerk of the Civil District Court for the Parish of Orleans as required by 28 U.S.C. § 1446(d).

WHEREFORE, defendants Service Corporation International and Rio Acquisition Corp. request that this action proceed in this Court as an action properly removed to it.

Respectfully submitted,

/s/ Duris L. Holmes
Robert E. Kerrigan, Jr. (#9855)
Duris Holmes (#17629)
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, LA  70130
Telephone:  (504) 581-5141

rek@dkslaw.com
dholmes@dkslaw.com

**Attorneys for Service Corporation International and Rio Acquisition Corp.**

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon:

Patrick H. Yancey, Esq.
*Yancey Law Firm*
761 West Tunnel Blvd., Suite C
Houma, Louisiana 70360

by placing same in the U.S. Mail, properly addressed and postage prepaid, this 1st day of July, 2013.

/s/ Duris L. Holmes
Duris L. Holmes