UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL ROSEN | CIVIL ACTION NO. 13-04956 |
| v. | SECTION H |
| STEWART ENTERPRISES, INC., et al. | JUDGE TRICHE MILAZZO |
| | MAGISTRATE SHUSHAN |

### ORDER

Considering the *Ex Parte* Motion to Remand by Defendants Service Corporation International and Rio Acquisition Corp.,

IT IS ORDERED that the motion is GRANTED, and this action is hereby REMANDED to the Civil District Court for the Parish of Orleans, State of Louisiana.

New Orleans, Louisiana, this 15th day of July 2013

Hon. Jane Triche-Milazzo
United States District Judge